IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DANIEL WILLEY, | : | |
| Petitioner | : | |
| VS. | : | CIVIL ACTION NO. 7:12-CV-52-HL-TQL |
| ELIJAH McCOY, | : | |
| Respondent | : | |

### O R D E R OF DISMISSAL

Petitioner **DANIEL WILLEY**, a prisoner at the Decatur County Correctional Institution, has filed an application for writ of habeas corpus under 28 U.S.C. § 2254. The United States Magistrate Judge considered and denied Petitioner's Motion to Proceed *in forma pauperis* on May 11, 2012 (ECF No. 6). At that time, Petitioner was ordered to pay the $ 5.00 filing fee and was advised that a failure to pay his filing fee within twenty-one days would result in the dismissal of his application. When Petitioner failed to comply with the May 11, 2012, Order within the time provided, the Magistrate Judge entered another order requiring Petitioner to respond and show cause why his application for writ of habeas corpus should not be dismissed for failure to comply. (Order, June 4, 2012, (ECF No. 7)). The time for responding to the Order to Show Cause has now passed, and Petitioner has again failed to respond to an order of this Court.

Petitioner's failure to respond leads this Court to believe that he is no longer interested pursuing this action. For this reason and because of Petitioner's repeated failure to comply with the Court's instructions, Petitioner's application for writ of habeas corpus is **DISMISSED without prejudice**. Any application for a certificate of appealability will also be **DENIED**. See Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant

filed a notice of appeal).

     **SO ORDERED**, this 5th day of July, 2012.

          *s/ Hugh Lawson*
          HUGH LAWSON, Judge
          UNITED STATES DISTRICT COURT

jlr